# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: SAN FRANCISCO

---

UNITED STATES OF AMERICA,

v.

SHAWN KEITH COX

**CR 08 0094**

DEFENDANT.

---

## INDICTMENT

Title 18 U.S.C. § 2197 - Alteration of Federal License
Title 18 U.S.C. § 1001(a)(3) - Use of False Document
Title 18 U.S.C. § 2196 - Neglect of Duty by Seaman

---

A true bill.

_____
Foreman

Filed in open court this 21 day of FEBRUARY 2008

_____
Clerk
Brenda Tolbert

Maria Elena James
United States Magistrate Judge

Bail, $ _____

FILED
FEB 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**ORIGINAL**

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   Attorney for Plaintiff
3

FILED

FEB 21 2008

RICHARD W. W...
CLERK, U.S. DISTRICT...
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) Criminal No.: |
| --- | --- |
| Plaintiff, | ) CR 08  0094 |
| | ) |
| v. | ) VIOLATIONS: 18 U.S.C. § 2197 – Alteration of Federal License; 18 U.S.C. § 1001(a)(3) – Use of False Document; 18 U.S.C. § 2196 – Neglect of Duty by Seaman |
| | ) |
| SHAWN KEITH COX, | ) SAN FRANCISCO VENUE |
| | ) |
| Defendant. | ) |

**WHA**

### INDICTMENT

The Grand Jury charges:

COUNT ONE:   18 U.S.C. § 2197 – Alteration of Federal License

On or about October 17, 2006, in the Northern District of California, the defendant,

SHAWN KEITH COX,

did knowingly and willfully possess and use an altered, changed, forged certificate, license, and document that was issued to officers and seamen by an officer and employee of the United States authorized by law to issue the same, to wit, SHAWN KEITH COX possessed and used a United States Coast Guard Merchant Mariner License that was issued in 1996 and that was altered, changed, and forged to appear to have been issued in 2006, to allow COX to serve as master on a

INDICTMENT

1  vessel that carried passengers for hire, in violation of Title 18, United States Code, Section 2197.

2

3  COUNT TWO:     18 U.S.C. § 1001(a)(3) – Use of False Document

4      On or about December 8, 2006, in the Northern District of California, in a matter within

5  the jurisdiction of the United States Coast Guard, an agency of the United States, the defendant,

6  SHAWN KEITH COX,

7  did knowingly and willfully make and use a material false writing and document by presenting to

8  an employee of the United States Coast Guard a Report of Marine Accident, Injury, or Death,

9  knowing the same to bear a materially false, fictitious and fraudulent statement and entry

10 regarding whether he possessed a United States Coast Guard license, in violation of Title 18,

11 United States Code, Section 1001(a)(3).

12

13 COUNT THREE:   18 U.S.C. § 2196 – Neglect of Duty by Seaman

14     On or about December 4, 2006, in the Northern District of California, the defendant,

15 SHAWN KEITH COX,

16 being a master, seaman, and person employed on a merchant vessel, by neglect of duty omitted

17 to do those lawful and proper acts required to be done by him for preserving such vessel from

18 immediate loss, destruction, and serious damage and for preserving persons belonging to and on

19 board such vessel from immediate danger to life and limb, to wit, COX failed to maintain the

20 proper attention required to prevent the M/V California Hornblower from colliding with Pier 3,

21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

INDICTMENT                                   2

1 | in San Francisco, California, in violation of Title 18, United States Code, Section 2196.

3 | DATED: 2-21-08                         A TRUE BILL.

    *[signature]*
    FOREPERSON

7 | JOSEPH P. RUSSONIELLO
    United States Attorney

    *[signature]*
    KYLE F. WALDINGER
    Deputy Chief, Major Crimes Section

    (Approved as to form: *[signature]* )
    AUSA MARTIKAN

INDICTMENT                                  3

AO 257 (Rev. 6/78)

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

**OFFENSE CHARGED**

18 U.S.C. 2197 Forged License
18 U.S.C. 1001 False Document
18 U.S.C. 2196 Negligent Seaman

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:**
Counts 1-2: 5 years prison, $250,000 fine, 3 years sup'd release, $100 special assessment
Count 3: 1 year prison, $100,000 fine, 1 year sup'd release, $25 special assessment

**DEFENDANT - U.S.**
▶ Shawn Keith Cox

**DISTRICT COURT NUMBER**
CR 08 0094

WHA

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

FILED
FEB 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

---

**PROCEEDING**
Name of Complaintant Agency, or Person (&Title, if any)
United States Coast Guard, Special Agent Laurie Capp

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Has detainer been filed? ☐ Yes ☐ No  } If "Yes" give date filed

**DATE OF ARREST** ▶  Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶  Month/Day/Year

Name and Office of Person Furnishing Information on THIS FORM: Joseph P. Russoniello
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): Owen P. Martikan

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

**PROCESS:**
☒ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT  Bail Amount:

If Summons, complete following:
☐ Arraignment  ☒ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

**Defendant Address:**
214 Bridgewater Circle
Suisun City, CA 94585

Date/Time: March 18, 2008, 9:30am
Before Judge: Hon. Joseph C. Spero

Comments: