**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CRIMINAL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: April 8, 2008

Case No.:  CR 08-0094 WHA

Title:  UNITED STATES -v- SHAWN KEITH COX (present not in custody)

Appearances:
    For the Government:  Owen Martikan

    For the Defendant(s): Elizabeth Flak

Interpreter: n/a                                    Probation Officer: n/a

Deputy Clerk:  Dawn Toland                Court Reporter:  Jim Yeomans

**PROCEEDINGS**

1)  Trial Setting - HELD

2)

Case continued to  6/2/08 at 2:00 pm  for Pretrial Conference

Case continued to  6/9/08 at 7:30 am  for Jury Trial

Time is Excluded:   **Begins:   4/8/08**          **Ends:      6/2/08**

**ORDERED AFTER HEARING:**