1  BARRY J. PORTMAN
   Federal Public Defender
2  ELIZABETH M. FALK
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA 94102
4  Telephone: (415) 436-7700

5  Counsel for Defendant COX

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 08-0094 WHA |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED]** |
| vs. | ) | **ORDER SETTING CHANGE OF** |
| | ) | **PLEA HEARING** |
| | ) | |
| | ) | Date:   May 27, 2008 |
| SHAWN KEITH COX, | ) | Time:   2:00 p.m. |
| | ) | Court:  The Honorable William H. |
| Defendant. | ) | Alsup |
| | ) | |

STIPULATION

The parties hereby agree and request this Court to vacate the pretrial conference date of June 1, 2008 and trial date of June 13, 2008 in this matter and set the case for change of plea on May 27, 2008 at 2:00 p.m.

IT IS SO STIPULATED

DATED: May 16, 2008                  _____/S/_____
                                     ELIZABETH M. FALK
                                     Assistant Federal Public Defender

DATED: May 16, 2008
                                     _____/S/_____
                                     OWEN P. MARTIKAN
                                     Assistant United States Attorney

I hereby attest that I have on file all holographic signatures indicated by a "conformed" signature (/S/) within this efiled document.

### [PROPOSED] ORDER

Based upon the aforementioned representations of the parties it is hereby ORDERED that the pretrial conference date and trial date for defendant Sean Keith Cox is hereby VACATED. A change of plea hearing is hereby SET on May 27, 2008 at 2:00 p.m.

**IT IS SO ORDERED.**

DATED: _____

THE HONORABLE WILLIAM H. ALSUP
UNITED STATES DISTRICT COURT JUDGE