UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

**FILED**
MAY 27 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Date: May 27, 2008

Case No.: CR 08-0094 WHA

Title: UNITED STATES -v- SHAWN KEITH COX (present)

Appearances:
    For the Government: Owen Martikan

    For the Defendant(s): Elizabeth Falk

Interpreter: n/a                    Probation Officer: n/a

Deputy Clerk: Dawn Toland           Court Reporter: Kathy Powell

## PROCEEDINGS

1) Change of Plea - HELD

2) _____

Case continued to **8/5/08 at 2:00 pm** for Sentencing

Time Excluded:   **Begins:**            **Ends:**

**ORDERED AFTER HEARING:**

Parties filed a Plea Agreement. Defendant entered a guilty plea to Count One of the Indictment. Probation referral form given to defense counsel.