BARRY J. PORTMAN
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant COX

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-08-0094 WHA |
| ) | |
| Plaintiff, ) | DEFENDANT'S SENTENCING |
| ) | MEMORANDUM |
| v. ) | |
| ) | |
| SHAWN KEITH COX, ) | Date: August 5, 2008 |
| ) | Time: 2:00 P.M. |
| Defendant. ) | Court: The Honorable William H. Alsup |
| ) | |

Mr. Cox concurs with all parties and respectfully requests the Court to adopt the sentence jointly requested in the Plea Agreement and by the Probation Department.

Dated:     August 4, 2008

                                    BARRY J. PORTMAN
                                    Federal Public Defender


                                    _____/S/_____
                                    ELIZABETH M. FALK
                                    Assistant Federal Public Defender

Def. Sentencing Memorandum
No. CR-08-0094 WHA

**1**