UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: August 7, 2008

Case No.: CR 08-0094 WHA

Title: UNITED STATES -v- SAWHN KEITH COX

Appearances:
　　For the Government: Owen Martikan

　　For the Defendant(s): Elizabeth Falk

Interpreter: n/a　　　　　　　　Probation Officer: Lori Timmons

Deputy Clerk: Frank Justiliano　　Court Reporter: Sahar McVickar

**PROCEEDINGS**

1) Sentencing - HELD.

2) _____

**ORDERED AFTER HEARING:**

JUDGMENT: The Court adopts the recommendation of the Presentence Report. Defendant is placed on probation for 3 years. A special assessment of $100.00 and a fine of 1,000.00 is due immediately. Defendant's oral request to perform community service in lieu of a fine is granted and the Court will postpone the payment of the fine for five(5) week. The hourly rate for community service is $10.00 for a total of 100 hours. Probation officer and defendant are to determine the type of community service to be performed and notify the Court of their selection. No term of incarceration is imposed.