IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-08-0094 WHA |
| Plaintiff, | ) | |
| v. | ) | |
| SHAWN KEITH COX, | ) | |
| Defendant. | ) | |

~~[PROPOSED]~~ ORDER

As the Court has now been presented with proof that Mr. Cox is up to date with his fine payments through December 1, 2010, this Court grants the defendant's motion to vacate. The November 2, 2010 status conference is hereby VACATED.   A new status conference is set for February 1, 2011, at 2:00 p.m.

Dated: October 28, 2010.

_____
THE HONORABLE WILLIAM H. ALSUP
United States District Judge

No. CR-08-0094 WHA

2